# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 854 |
| | : | |
| AMENDMENT OF RULE 201 OF THE | : | SUPREME COURT RULES |
| PENNSYLVANIA BAR ADMISSION | : | |
| RULES | : | DOCKET |

## ORDER

**PER CURIAM**

 **AND NOW**, this 29th day of October, 2020, upon the recommendation of the Board of Law Examiners of the Supreme Court of Pennsylvania, the proposal having been published for comment in the Pennsylvania Bulletin, 50 Pa.B. 2631 (May 23, 2020), in the context of the corresponding amendments to the Pennsylvania Rules of Disciplinary Enforcement:

 **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania, that Rule 201 of the Pennsylvania Bar Admission Rules is amended as set forth in the attached form.

 This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in thirty (30) days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.